IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JANET PATTERSON                                                                           PLAINTIFF

v.                                            Case No. 4:17-cv-4067

CAPITAL ONE BANK (USA), N.A.                                                  DEFENDANT

## ORDER

Before the Court is Plaintiff Janet Patterson's Notice of Voluntary Dismissal. (ECF No. 11). Plaintiff gives notice that she voluntarily dismisses without prejudice the above-styled cause against Defendant Capital One Bank (USA), N.A. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The instant notice of dismissal is signed by all parties to this action. Accordingly, all of Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 31st day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge